UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RONALD J. ALLISON, | Case No. 2:22-cv-00016-GMN-NJK |
|---|---|
| Plaintiff(s), | **ORDER** |
| v. | |
| L.V.M.P.D., | |
| Defendant(s). | |

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2.  The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3.  Plaintiff must comply with this order no later than April 7, 2022. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: March 10, 2022

                                                                                       _____
Nancy J. Koppe
United States Magistrate Judge